UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80056 EMC |
|     Plaintiff, | **ORDER REJECTING COMPLAINT** |
|     v. | |
| THE SUPERIOR COURT OF THE D.C. | |
|     Defendant._____/ | |

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the Superior Court for the District of Columbia arguing that the Court is bound by Article III of the United States Constitution and that the United States Marshals Service should be immediately eliminated as it is not mentioned in the Constitution. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

                                                          _____
                                                          EDWARD M. CHEN
                                                          United States District Judge